No. 2,519.—CATHERINE COURTNEY, Respondent, *v.* JOHN McGRATH et al., Appellants.

*Appeal from District Court, Silver Bow County.*

On motion to dismiss appeal.

Decided January 16, 1908.

Per Curiam.—The appellants having failed to file their transcript on appeal herein within the time allowed by the rules of this court, the motion of respondent to dismiss the appeal is hereby sustained and the appeal dismissed.

*Mr. John F. Davies,* for Respondent.

---

No. 2,525.—MARY A. SLOAN et al., Appellants, *v.* LUELLA BYERS et al., Respondents.

*Appeal from District Court, Jefferson County.*

Decided February 10, 1908.

Per Curiam.—The appeal herein is hereby dismissed without prejudice, in accordance with motion of the appellants.

*Messrs. Walsh & Nolan,* and *Mr. Geo. F. Cowan,* for Appellants.